**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1997**

JOHN DUNAWAY,

Plaintiff - Appellant,

versus

DALE E. HARTFORD, G.L.R. of I.A.M.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge. (1:03-cv-03398-BEL)

Submitted:  November 20, 2006      Decided:  December 13, 2006

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Dunaway, Appellant Pro Se.  Joel Allen Smith, Steven Marc Lubar, Jeffrey M. Ross, KAHN, SMITH & COLLINS, PA, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Dunaway appeals the district court order granting Dale E. Hartford's motion for summary judgment and dismissing his complaint. We have reviewed the record and the district court order and affirm for the reasons cited by the district court. <u>See</u> <u>Dunaway v. Hartford</u>, No. 1:03-cv-03398-BEL (D. Md. filed Aug. 30, 2006; entered Aug. 31, 2006). We deny the motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>